UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| SABINA CAREY, ) | CASE NO. 2-01-2612-18RB |
| ) | |
| Plaintiff, ) | **FILED** |
| ) | |
| vs. ) | AUG 6 - 2001 |
| ) | |
| BASS HOTELS AND RESORTS, INC. ) | LARRY W. PROPES, CLERK |
| d/b/a HOLIDAY INN EXPRESS ) | CHARLESTON, SC |
| HOTELS AND SUITES, HOLIDAY INNS ) | **STIPULATION OF DISMISSAL** |
| FRANCHISING INC., ABC ) | |
| HOSPITALITY, LLC, MILEN ) | |
| ENTERPRISES, INC., and ) | |
| SHELBY SIMMONS, ) | |
| ) | |
| Defendants. ) | |

IT APPEARING TO THE COURT that the parties who have appeared in this case wish to dismiss the above-captioned action without prejudice with respect to Defendants Bass Hotels and Resorts, Inc. d/b/a Holiday Inn Express and Suites, Holiday Inns Franchising Inc., and Milen Enterprises, Inc. only, in accordance with Rule 41(a)(1), FRCP;

NOW, THEREFORE, by and with the consent of the parties, by counsel,

IT IS HEREBY ORDERED that the above-captioned action be, and the same hereby is, dismissed without prejudice with respect to Bass Hotels and Resorts, Inc. d/b/a Holiday Inn Express and Suites, Holiday Inns Franchising Inc., and Milen Enterprises, Inc.

The Clerk of Court is hereby directed to modify the caption in this case to conform with this Order.

AND IT IS SO ORDERED.

_____, 2001

Charleston, South Carolina

_____
United States District Judge

DMA/M:166843.1-OD-(JWC) 029320-00002

WE SO MOVE AND CONSENT:

_____
J. David Murrell, Esquire
DAVIDSON BENNETT & WIGGER
8086 Rivers Avenue
N. Charleston, SC  29406
(843) 553-9800

Attorneys for the Plaintiff


_____
J. Walker Coleman, IV (Fed. ID# 6007)
Jenny A. Horne (Fed. ID# 7048)
NEXSEN PRUET JACOBS POLLARD & ROBINSON, LLC
200 Meeting Street, Suite 301
Post Office Box 486
Charleston, South Carolina  29402
(843) 577-9440

Attorneys for the Defendant Bass Hotels and
Resorts, Inc. d/b/a Holiday Inn Express
Hotels and Suites