THE HONORABLE DAVID C. NORTON
JURY SELECTION
NOVEMBER 6, 2002

**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

OCT 2 2 2002

LARRY W. PROPES, CLERK
CHARLESTON, SC

TO: <u>MEMBERS OF THE BAR TO REPORT FOR JURY SELECTION</u>

Please take notice that the Honorable David C. Norton, United States District Judge, will DRAW JURIES ON NOVEMBER 6, 2002, AT 10:00 A.M. in Courtroom I, Hollings Judicial Center, Meeting Street at Broad, Charleston, South Carolina.

## *CASES FOR JURY SELECTION*

| | |
|---|---|
| C/A2:01-0282-18 | SWING vs CLOVERLEAF LANDSCAPE |
| C/A2:01-2476-18 | MINNICH vs MED-WASTE INC. |
| C/A2:01-2612-18 | CAREY vs BASS HOTELS |
| C/A2:01-2987-18 | O'NEILL, et. al. vs SHEM CREEK INN |
| C/A2:01-4007-18 | SWEATMAN vs SONIC NORTH |
| C/A2:01-4379-18 | TINDAL vs SPEEDWAY |

October 22, 2002
Marge Passailaigue, Deputy Clerk

BY DIRECTION OF COURT
LARRY W. PROPES, CLERK